**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**ESTATE OF CASSIE YVONNE SMITH TAYLOR,**
**DECEASED, BY AND THROUGH WILLIE J. TAYLOR,**
**ADMINISTRATOR OF THE ESTATE OF**
**CASSIE YVONNE SMITH TAYLOR, DECEASED,**
**FOR THE USE AND BENEFIT OF THE ESTATE OF**
**CASSIE YVONNE SMITH TAYLOR, DECEASED AND**
**FOR THE USE AND BENEFIT OF THE WRONGFUL**
**DEATH BENEFICIARIES OF CASSIE YVONNE SMITH**
**TAYLOR**                                                                              **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO.: 3:15-CV-216-MPM-SAA**

**GGNSC SOUTHAVEN LLC d/ba GOLDEN LIVING**
**CENTER SOUTHAVEN, et al.**                                             **DEFENDANTS**


**ORDER**

Plaintiff has requested that *pro hac vice* counsel, Deena K. Arnold, be allowed to appear

at depositions on behalf of plaintiff without the presence of local counsel.  Docket 35.  Local

Rule 83.1(b)(1) states that "every deposition, mediation, conference or hearing must be attended

by at least one attorney of record admitted to the general practice of law in the district court in

which the action is pending."  Because the Local Rules explicitly require participation by local

counsel at depositions, plaintiff's motion will be DENIED.  However, under the circumstances

of this particular case, local counsel will be allowed to participate in the depositions

telephonically.


        **SO ORDERED,** this the 31st day of May, 2016.

                                                              /s/ S. Allan Alexander
                                                              UNITED STATES MAGISTRATE JUDGE